DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERTA COLLEEN BRAKER,**
Appellant,

v.

**KEVIN MICHAEL TRAYNOR,**
Appellee.

No. 4D23-1038

[August 31, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert L. Pegg, Judge; L.T. Case No. 56-2021-DR-002764.

Roberta Braker, Fort Pierce, pro se.

No answer brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***